|   |   |
|---|---|
| 1 | Garrett Charity (Bar #285447) |
|   | Garrett.Charity@McCarthyLawyer.com |
| 2 | McCarthy Law PLC |
| 3 | 4250 N. Drinkwater Blvd., Ste. 320 |
|   | Scottsdale, Arizona 85251 |
| 4 | Phone: 602-456-8900 |
|   | Fax: 602-218-4447 |
| 5 | Attorney for Plaintiff |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| RODNEY KIRKLAND, | Case No 5:21-cv-01834-GW-SHK |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT AS TO DEFENDANT COMENITY CAPITAL BANK** |
| v. | |
| COMENITY CAPITAL BANK; and EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendants. | |

Plaintiff Rodney Kirkland, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Defendant Comenity Capital Bank ("Comenity"). Plaintiff and Comenity are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against Comenity will be finalized within the next sixty (60) days. Plaintiff's claims against Experian Information Solutions, Inc. remains pending.

Respectfully submitted February 15, 2022

MCCARTHY LAW, PLC

By: */s/ Garrett Charity*

Garrett Charity, Esq.
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2022, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

/s/ Garrett Charity

TOMIO B. NARITA (SBN 156576)
tnarita@snllp.com
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile: (415) 352-2625

Attorneys for Defendant
Comenity Capital Bank

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY KIRKLAND,<br><br>Plaintiff,<br><br>vs.<br><br>COMENTIY CAPITAL BANK; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | CASE NO.: 5:21-CV-01834-GW-SHK<br><br>**DECLARATION OF MATTHEW GOTHARD REGARDING ACDV** |

I, Matthew Gothard, declare as follows:

1. I am a custodian of record for Defendant Comenity Capital Bank ("Comenity"). I make this declaration based upon my personal knowledge and my review of Comenity's business records maintained in the ordinary course of business. If called as a witness, I could and would testify competently to the contents of this declaration.

2. The business records maintained for Comenity reflect Comenity issued to Plaintiff Rodney Kirkland ("Plaintiff") a The Children's Place credit card account ending in 1884 (the "Account").

3. I have conducted a review of the records relating to the Account, and a search for any automated credit dispute verifications ("ACDVs") received by Comenity pertaining to the Account. As of the date of this declaration, Comenity has not received an ACDV from any consumer reporting agency, including but not limited to Experian Information Solutions, LLC, regarding the Account.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of February, 2022, at Columbus, Ohio.

*[signature]*

MATTHEW GOTHARD