Garrett Charity (Bar #285447)
Garrett.Charity@McCarthyLawyer.com
McCarthy Law PLC
4250 N. Drinkwater Blvd., Ste. 320
Scottsdale, Arizona 85251
Phone: 602-456-8900
Fax: 602-218-4447
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY KIRKLAND,<br><br>    Plaintiff,<br><br>v.<br><br>COMENITY CAPITAL BANK; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendants. | Case No 5:21-cv-01834-GW-SHK<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORMAITON SOLUTIONS, INC.** |

Plaintiff Rodney Kirkland, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Defendant Experian Information Solutions, Inc. ("Experian"). Plaintiff and Experian are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against Experian will be finalized within the next sixty (60) days. Plaintiff has now reached settlements with all defendants.

Respectfully submitted April 7, 2022

MCCARTHY LAW, PLC

By: */s/ Garrett Charity*

Garrett Charity, Esq.
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2022, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

/s/ *Garrett Charity*